UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CALVIN WALKER (#110316) | CIVIL ACTION NO. 5:16-631-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| DARREL VANNOY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2254 is hereby **DENIED** and **DISMISSED** with prejudice as time-barred under 28 U.S.C. § 2244(d).

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the ___ day of June, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE